# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CARL KELLY, | Case No. 1:25-cv-01916 KES EPG (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTIONS TO PROCEED IN FORMA PAUPERIS, AND DIRECTING PLAINTIFF TO PAY THE FILING FEE IN FULL |
| v. | |
| NEWSOME, et al., | |
| Defendants. | (Docs. 2, 8, 9) |

James Carl Kelly is a state prisoner and seeks to proceed in forma pauperis in this civil rights action. Doc. 2. The magistrate judge reviewed Kelly's litigation history and identified more than three actions that qualified as strikes under 28 U.S.C. § 1915(g). Doc. 8 at 3-4. In addition, the magistrate judge found the allegations in the complaint were "insufficient to show that there is a real and imminent threat" to Kelly's safety at the time of filing. *Id.* at 4. Therefore, the magistrate judge found the imminent danger exception to Section 1915 did not apply and recommended that the Court deny the motion to proceed in forma pauperis. *Id.* at 4-5.

The court served the findings and recommendations on Kelly and notified him that any objections were due within 30 days. Doc. 8 at 5. The court advised Kelly that the "failure to file objections within the specified time may result in the waiver of rights on appeal." *Id.* at 6, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014). Kelly did not file objections but instead filed a second motion to proceed in forma pauperis. *See* Doc. 9.

1

Pursuant to 28 U.S.C. § 636(b)(1), the court conducted a *de novo* review of this case. Having carefully reviewed the matter, the court concludes the findings and recommendations are supported by the record and by proper analysis.  The finding that Kelly is subject to the three-strikes provision of Section 1915 applies equally to the second motion to proceed in forma pauperis.  Accordingly, the Court **ORDERS**:

1. The findings and recommendations issued on December 22, 2025 (Doc. 8) are **ADOPTED** in full.

2. Plaintiff's motions to proceed in forma pauperis (Doc. 2, 9) are **DENIED**.

3. Within 30 days from the date of service of this order, Plaintiff **SHALL** pay in full the $405.00 filing fee if he wishes to proceed with his action.

4. Plaintiff is advised that failure to pay the required filing fee as ordered will result in the dismissal of this action without prejudice.

IT IS SO ORDERED.

Dated:    February 11, 2026

_____
UNITED STATES DISTRICT JUDGE